UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEL ALCAREZ-GONZALEZ, | Case No.: 3:22-cv-00393-MMD-CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| RENO POLICE DEPARTMENT, et al. | |
| Defendants | |

This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff, who is an inmate in the Washoe County Detention Facility (WCDF), filed an application to proceed *in forma pauperis* (IFP) and pro se complaint. (ECF Nos. 4, 1-1.) On February 1, 2023, the court issued an order granting Plaintiff's IFP application and requiring him to pay the $350 filing fee over time. The court also screened Plaintiff's complaint and dismissed the complaint with leave to amend. The court gave Plaintiff 30 days to file an amended complaint. He was cautioned that if he failed to do so, his action may be dismissed. (ECF No. 5.)

To date, Plaintiff has not filed an amended complaint. Therefore, it is recommended that this action be dismissed without prejudice.

### RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 10, 2023

_____
Craig S. Denney
United States Magistrate Judge