UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOEL ALCARAZ-GONZALEZ,

    Plaintiff

v.

BENVIN, et al.,

    Defendants

Case No.: 3:22-cv-00393-MMD-CSD

**Order to Show Cause**

    On April 11, 2023, the court issued an order screening Plaintiff's belated first amended complaint (FAC). The court found that Plaintiff stated a colorable Fourth Amendment excessive force claim against Radley, but the court dismissed his excessive force claim against Benvin, Gamboa, Kincaid, Sandoval, and Sheffield with leave to amend. His Fourth Amendment illegal search and seizure claim was also dismissed with leave to amend. Plaintiff was given 30 days to file a second amended complaint. He was advised that if he failed to do so the action would proceed only with the Fourth Amendment excessive force claim against Radley. The court noted it would address service on Radley (and any other defendant) once he filed his second amended complaint or the deadline to file the second amended complaint expired. (ECF No. 10.)

    Plaintiff did not timely file a second amended complaint; therefore, this action is proceeding only with the Fourth Amendment excessive force claim against Radley in the FAC.

    On April 19, 2023, the court docketed a receipt for a payment made towards Plaintiff's filing fee. (ECF No. 11.) That receipt was returned as to the court with a notation that Plaintiff was no longer at the Washoe County Detention Facility. (ECF No. 12.) Plaintiff has not filed a notice of change of address.

A party must immediately file with the court written notification of any change of contact information, and failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court. LR IA 3-1.

Plaintiff has **30 days** from the date of this Order to file a notice of change of address and a notice of his intent to continue to prosecute this action. A failure to do so will result in a recommendation that this action be dismissed.

**IT IS SO ORDERED**.

Dated: July 13, 2023

_____
Craig S. Denney
United States Magistrate Judge