UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOEL ALCARAZ-GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>RENO POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00393-MMD-CSD<br><br>ORDER |
|---|---|

*Pro se* Plaintiff Joel Alcaraz-Gonzalez brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney (ECF No. 14), recommending that the Court dismiss this action for Alcaraz-Gonzalez's failure to keep the Court apprised of his address or otherwise prosecute this action. Alcaraz-Gonzalez had until September 5, 2023 to file an objection. To date, no objection to the R&R has been filed.[1] For this reason, and as explained below, the Court adopts the R&R in full and dismisses this action.

Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Denney recommends dismissing this action because Alcaraz-Gonzalez has failed to update his address with the Court in accordance with Local Rule IA 3-1 or otherwise indicate an intent to prosecute this action, and the relevant factors weigh in favor of dismissal. (ECF

---

[1]The R&R was returned as undeliverable. (ECF No. 15.) However, it is Pearson's responsibility to file notification of any change of mailing address. *See* LR IA 3-1.

No. 14 at 2-3.) The Court agrees with Judge Denney. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 14) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 12th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE